RICHARD B. GOETZ (S.B. #115666)
JACLYN A. BLANKENSHIP (S.B. #267524)
rgoetz@omm.com; jblankenship@omm.com
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071-2899
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701

Attorneys for Defendant
VISA, INC.

CHARLES D. MARSHALL
cdm@marshall-law-firm.com
MARSHALL LAW FIRM
2121 N. California Blvd., Suite 290
Walnut Creek, CA 92596
Telephone:  (925) 575-7105
Facsimile:   (855) 575-7105

Attorney for Plaintiff
RON DAVIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON DAVIS, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VISA, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 13-cv-5125-CRB<br><br>**JOINT STIPULATION AND ORDER RE: CONSENTING TO FILING SECOND AMENDED COMPLAINT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>FAC Filed: December 16, 2013<br><br>Trial Date:  None Set |

WHEREAS, Plaintiff filed and served his First Amended Complaint ("FAC") in the above-entitled action on December 16, 2013;

WHEREAS, the Parties agreed to a stipulated briefing schedule for Defendant's forthcoming motion to dismiss on January 14, 2014;

WHEREAS, Defendant filed and served a Motion to Dismiss Plaintiff's FAC on January 15, 2014 pursuant to that stipulated briefing schedule;

1

1    WHEREAS, Plaintiff desires to file the attached amended complaint in light of
2 Defendant's Motion, which will supersede his FAC, and which removes certain causes of actions
3 and supplements Plaintiff's allegations contained in the FAC;
4    WHEREAS, Plaintiff previously amended his complaint on December 16, 2013
5 and any further amendments require leave of the court or consent from Defendant;
6    WHEREAS, Defendant consents to Plaintiff filing the proposed second amended
7 complaint attached hereto as Exhibit A;
8    WHEREAS, Defendant reserves all rights to move to dismiss one or more of the
9 asserted claims or to otherwise challenge the sufficiency of the allegations in the proposed
10 Second Amended Complaint, and any non-opposition by Defendant shall not be interpreted as
11 admitting any of the allegations in the proposed Second Amended Complaint;
12    WHEREAS, under the Parties prior agreement, Plaintiff will file the Second
13 Amended Complaint ("SAC") on or before February 28, 2014;
14    WHEREAS, Defendant will withdraw its pending Motion to Dismiss the First
15 Amended Complaint upon Plaintiff's filing of the SAC;
16    WHEREAS, Defendant intends to file a motion to dismiss the SAC pursuant to the
17 deadlines in the Federal Rules of Civil Procedure;
18    WHEREAS, the Parties agree that it would be in the best interests of the parties
19 and judicial economy if the Initial Case Management Conference is continued to a date following
20 a hearing on Defendant's forthcoming motion to dismiss;
21    WHEREAS, the parties also agree that they would best be able to evaluate any
22 ADR options with the benefit of a ruling on Defendant's Motion;
23    WHEREAS, the parties believe that at this time, complying with the Initial Case
24 Management Schedule's requirements would be unnecessarily burdensome to the parties and
25 would divert the parties' resources from meaningfully briefing and evaluating the issues raised in
26 Plaintiff's SAC;
27    WHEREAS, the parties have agreed to the following Amended Case Management
28 Schedule:

**April 9, 2014:**

• Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;

• Last day to file ADR Certification signed by Parties and Counsel;

• Last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference;

**May 2, 2014**:

• Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement;  and

**May 9, 2014**:

• Initial Case Management Conference, (CMC) in Courtroom 6, 17th floor at 10:00 AM.

NOW, THEREFORE, pursuant to Rule 6-2 of the Local Civil Rules of the United States District Court for the Northern District of California, it is hereby stipulated by and among Plaintiff and Defendant and through their counsel of record that, pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendant consents to Plaintiff filing the attached proposed second amended complaint, which Plaintiff shall file no later than February 28, 2014.

It is also stipulated that the currently scheduled CMC will be reschedule to May 9, 2014 in Courtroom 6, 17th floor at 10:00 AM; the last day to meet and confer over initial disclosures, early settlement, ADR process selection, and discovery plan is moved to April 9, 2014; the last day for parties to file ADR Certification signed by Parties and Counsel is moved to April 9, 2014; the last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference is moved to April 9, 2014; and the Last day to file Rule 26(f) Report, complete

1  initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement is
2  moved to May 2, 2014.

4              IT IS SO STIPULATED.

6  Dated: February 26, 2014          RICHARD B. GOETZ
                                     MATTHEW D. POWERS
                                     JACLYN BLANKENSHIP
7                                    O'MELVENY & MYERS LLP

8                                    By: /s/ Jaclyn Blankenship
                                              Jaclyn Blankenship
9
                                     Attorneys for Defendant
10                                   VISA, INC.

11 Dated: February 26, 2014          CHARLES D. MARSHALL
                                     MARSHALL LAW FIRM
12
                                     By: /s/ Charles D. Marshall
13                                            Charles D. Marshall

14                                   Attorney for Plaintiff
                                     RON DAVIS

**ATTESTATION OF FILING**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Jaclyn Blankenship, hereby attest that concurrence in the filing of this Joint Stipulation and [Proposed] Order re: Consent to Filing Second Amended Complaint and Continuing Initial Case Management Conference has been obtained from Charles D. Marshall with conformed signatures above.

Dated: February 26, 2014         By: /s/ Jaclyn Blankenship
                                    Jaclyn Blankenship
                                    O'MELVENY & MYERS LLP
                                    400 South Hope Street
                                    Los Angeles, CA 90071
                                    Telephone: (213) 430-6000
                                    Facsimile: (213) 430-6407

**ORDER**

The Court having considered the Joint Stipulation and [Proposed] Order re: Consent to Filing Second Amended Complaint and Continuing Initial Case Management Conference submitted by the Parties, and good cause appearing:

1. The Stipulation is approved;
2. Plaintiff shall file his proposed Second Amended Complaint attached to the Joint Stipulation as Exhibit A no later than March 6, 2014;
3. The Case Management Conference is hereby continued until May 9, 2014, in Courtroom 6, 17th floor at 8:30 A.M.,
4. The Initial Case Management Order is hereby amended as follows:

<u>March 4, 2014:</u>

- Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;
- Last day to file ADR Certification signed by Parties and Counsel;
- Last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference;

<u>May 2, 2014:</u>

- Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement;

<u>May 9, 2014:</u>

- Initial Case Management Conference, (CMC) in Courtroom 6, 17th floor at 8:30 AM.

**IT IS SO ORDERED.**

DATED: March 4, 2014

*IT IS SO ORDERED AS MODIFIED*
*Judge Charles R. Breyer*

_____
UNITED STATES DISTRICT COURT JUDGE