CHARLES D. MARSHALL
cdm@marshall-law-firm.com
MARSHALL LAW FIRM
2121 N. California Blvd., Suite 290
Walnut Creek, CA 92596
Telephone:   (925) 575-7105
Facsimile:    (855) 575-7105

Attorney for Plaintiff
RON DAVIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON DAVIS, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VISA, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 13-cv-5125-CRB<br><br>**STIPULATION AND QTFGT<br>TO CONTINUE OR VACATE<br>CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date:     August 22, 2014<br>Hearing Time:    8:30 a.m.<br><br>Judge: Honorable Charles R. Breyer<br><br>SAC Filed: Feb. 28, 2014<br>Trial Date: None set |

**STIPULATION**

The parties hereto, by and through their undersigned counsel of record, hereby stipulate as follows, subject to Court approval:

WHEREAS on May 9, 2014, the parties were notified of a Case Management Conference scheduled for August 22, 2014;

WHEREAS the parties subsequently engaged in settlement discussions, conducted mediation and reached terms for settlement of this action on class-wide basis, subject to approval by this Court;

WHEREAS, concurrent with this stipulation, the parties submitted a joint case management statement providing the Court with an update on the progress and impending resolution of this matter;

WHEREAS Plaintiff's counsel had an urgent matter arise in his schedule which now requires him to be in San Diego on August 22, 2014, the same day as the next case management conference in this matter;

WHEREAS the parties intend—within the next 30 days—to file a proposed settlement agreement and motion for preliminary approval of the proposed class action settlement;

WHEREAS, in the interest of judicial economy, and to accommodate Plaintiff counsel's unexpected scheduling conflict, the parties believe it will conserve the time and resources of the Court if the Case Management Conference now scheduled for August 22, 2014 at 8:30 a.m., is continued until October 6, 2014 at 8:30 a.m.;

NOW, THEREFORE, the parties stipulate that the currently scheduled CMC be continued until October 6, 2014 at 8:30 a.m..

1    IT IS SO STIPULATED.

3    DATED:  August 14, 2014           Respectfully submitted,

4                                      CHARLES D. MARSHALL
                                       MARSHALL LAW FIRM

6                                      By:    /s/ Charles D. Marshall
7                                              Charles D. Marshall

8                                      Attorney for Plaintiff
                                       RON DAVIS

10                                     RICHARD B. GOETZ
                                       MATTHEW D. POWERS
11                                     JACLYN BLANKENSHIP
                                       O'MELVENY & MYERS LLP

                                       By:   /s/ Jaclyn Blankenship
13                                             Jaclyn Blankenship

14                                     Attorneys for Defendant
15                                     VISA, INC.

**ATTESTATION OF FILING**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Charles D. Marshall, hereby attest that concurrence in the filing of this Joint Case Management Statement Pursuant to Rule 26(f) and Local Civil Rule 16-9 has been obtained from Jaclyn Blankenship with conformed signatures above.

Dated: August 14, 2014　　　　　　　　By: /s/ Charles D. Marshall
　　　　　　　　　　　　　　　　　　　　　　　Charles D. Marshall

　　　　　　　　　　　　　　　　　　　　MARSHALL LAW FIRM
　　　　　　　　　　　　　　　　　　　　2121 N. California Blvd., Suite 290
　　　　　　　　　　　　　　　　　　　　Walnut Creek, CA 94596
　　　　　　　　　　　　　　　　　　　　Telephone: (925) 575-7105
　　　　　　　　　　　　　　　　　　　　Facsimile: (855) 575-7105

1 **""""""""ORDER**

2  Pursuant to the parties' stipulation and good cause appearing, the case management

3  conference schedule for August 22, 2014 in this matter is continued until <mark>October 32, 2014</mark> at

4  8:30 a.m.

6  IT IS SO ORDERED.

8  DATED: "Cwi wuv'3; .'4236

