**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON DAVIS, | No. C13-05125 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| VISA INC, | |
| Defendant. | |

The Court having entered a thirty (30) conditional dismissal prematurely, hereby vacates the order of dismissal and the clerk is instructed to reopen the case.

**IT IS SO ORDERED.**

Dated: October 24, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE